# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 24-1654V

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
SINISA KOLARIC,                               *        Chief Special Master Corcoran
                                              *
            Petitioner,                       *        Filed:  July 14, 2025
                                              *
      v.                                      *        Reissued for Public
                                              *        Availability: March 12, 2026
SECRETARY OF HEALTH AND                       *
HUMAN SERVICES,                               *
                                              *
            Respondent.                       *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER CONCLUDING PROCEEDINGS[1]

On October 15, 2024, Sinisa Kolaric filed a petition for compensation under the National Vaccine Injury Compensation Program.[2] Petitioner alleges that he experienced, among other things, weakness and decreased sensation in legs after receiving the Tetanus, Diphtheria and Acellular Pertussis ("Tdap"), and measles, mumps, and rubella ("MMR") vaccinations on October 1, 2021. Petition (ECF No. 1) at 1. After the claim's initiation, I issued an order directing Petitioner to contact my chambers by June 30, 2025, and schedule a telephonic status conference to discuss next steps in the matter. However, on July 7, 2025, Petitioner filed his Notice of Intent to Withdraw his Petition pursuant to 42 U.S.C. § 300aa-21(b). *See* Notice, dated July 7, 2025 (ECF No. 10) ("Notice").

---

[1] Under Vaccine Rule 18(b), each party has fourteen (14) days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole Order will be available to the public in its present form. *Id.*

Pursuant to Vaccine Rule 18(b), this Order was initially filed on July 14, 2025, and the parties were afforded 14 days to propose redactions. The parties did not propose any redactions. Accordingly, this Order is reissued in its original form for posting on the court's website.

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755 (codified as amended at 42 U.S.C. §§ 300aa-10–34 (2012)) (hereinafter "Vaccine Act" or "the Act"). All subsequent references to sections of the Vaccine Act shall be to the pertinent subparagraph of 42 U.S.C. § 300aa.

Petitioner has characterized his request as arising under Vaccine Rule 21(b). Notice at 1. But because Respondent has not filed his Rule 4(c) Report, the notice is properly treated as one seeking voluntary dismissal under Rule 21(a)(1)(A), and I do so.

Accordingly, this case is dismissed without prejudice. **This Order hereby notifies the Clerk of the Court that proceedings "on the merits" of this Petition are now concluded, but no judgment "on the merits" pursuant to Vaccine Rule 11 for purposes of Section 21(a) of the Act shall issue**.

**IT IS SO ORDERED**.

Brian H. Corcoran
Chief Special Master